UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TILLY'S INC,<br><br>　　　　　Defendant. | No. 1:22-cv-00178-ADA-BAK (BAM)<br><br>**ORDER AFTER STATUS CONFERENCE**<br><br>**ORDER STAYING DISCOVERY** |

　　　　On October 4, 2022, the Court held a telephonic status conference to discuss the status of this action with the parties. Plaintiff Fernando Gastelum appeared in *pro* se by telephone. Counsel Robert Loewy appeared by telephone on behalf of Defendant Tilly's, Inc.

　　　　The Court and parties discussed the status of this action. The parties agreed that the remainder of how the case will proceed will depend on the ruling in the pending motion to dismiss. As such, the parties agreed to stay discovery at least until the settlement conference set for December 12, 2022. The parties will appear at the settlement conference through Zoom video conference. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy by email, one week prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

///

///

1 | Based on the foregoing, and good cause appearing, the Court HEREBY ORDERS that discovery in this action is STAYED until the December 12, 2002 settlement conference.

IT IS SO ORDERED.

Dated:   **October 4, 2022**                    /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE